## THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2021-0384, In the Matter of Matthew Pelissier and Jennifer Reeves, the court on October 27, 2022, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case. See Sup. Ct. R. 18(1). The petitioner, Matthew Pelissier, appeals a final child support order issued by the Circuit Court (Colligan, R., approved by Quigley, J.), following multiple hearings. On appeal, the petitioner argues that the trial court erred in its calculation of his self-employment income for purposes of child support, and by not granting him additional time to develop and introduce evidence of his self-employment income. As the appealing party, the petitioner has the burden of demonstrating reversible error. Gallo v. Traina, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the petitioner's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the petitioner has not demonstrated reversible error. See id.

Affirmed.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

Timothy A. Gudas,
Clerk